IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SAMUEL B. FRAZIER,

   Petitioner,

   v.

T. J. CONLEY WARDEN, et al.,

   Respondent.

CIVIL ACTION FILE
NO. 1:17-CV-402-TWT

**ORDER**

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 13] of the Magistrate Judge recommending granting the Respondent's Motion to Dismiss Petition as Untimely [Doc. 7] be granted. A motion to withdraw guilty plea does not toll the one year statute of limitations for filing a timely federal petition. Lack of access to a law library is not grounds for equitable tolling of the one year statute of limitations. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Respondent's Motion to Dismiss Petition as Untimely [Doc. 7] is GRANTED. No Certificate of Appealability will be issued.

SO ORDERED, this 20 day of March, 2018.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge